UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____/

JANE DOE, in her individual capacity,

        Plaintiff,

    -against-

BARD COLLEGE and BARD COLLEGE
BOARD OF TRUSTEES

        Defendant.

_____/

INDEX NO.: 7:18-cv-08728

**AFFIDAVIT OF JANE DOE**

STATE OF NEW YORK  )
                                       ss.:)
COUNTY OF KINGS     )

1. I am the plaintiff referred to as "Jane Doe" in the above-captioned matter.

2. I am an adult over the age of 18 years old, residing in the State of New York.

3. I no longer wish to be represented in the above-captioned matter by the law firm C.A. Goldberg, PLLC.

4. I am discharging C.A. Goldberg, PLLC because of strategic differences.

5. I have discussed my wishes with attorneys from C.A. Goldberg, PLLC, Carrie Goldberg and Adam Massey who appeared on my behalf at a pre-motion conference on March 4, 2019, and understand that my request may delay the resolution of this matter.

6. Carrie Goldberg of C.A. Goldberg, PLLC, has explained the implications of discharging my attorney.

7. Despite the foregoing, I wish to find replacement counsel to represent me in this matter.

8. I request a sixty (60) day extension to the March 19, 2019 deadline to file a Second Amended Complaint.  This request is to enable me to find new counsel, to allow

replacement counsel to become familiar with the facts and circumstances of the case, and

to enable them to file a Second Amended Complaint.

Date:  Brooklyn, NY
      March 13, 2019

_____
Jane Doe

Sworn to before me this
13 day of March, 2019

_____
      Notary Public

**CARRIE GOLDBERG**
Notary Public, State of New York
No. 02GO6181647
Qualified in Kings County
Commission Expires Feb. 04, 2020